IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles Hickey Jr., et al.,      :
                                 :   Case No: 2:08-CV-0824
        Plaintiffs,              :
                                 :   Judge Graham
        vs.                      :
                                 :   Magistrate Judge King
Mary Susan Chadick, et al.,      :
                                 :
        Defendants.              :

**ORDER**

This court grants plaintiffs' unopposed motion to extend
time to file their response (Doc. 33) to defendants' motion for
summary judgment. Plaintiffs' response is due October 13, 2009
and Defendants reply will be due October 27, 2009.


**It is so ORDERED.**


                                    s/ James L. Graham
                                    JAMES L. GRAHAM
                                    United States District Judge


**DATE**: September 24, 2009