**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**Charles Hickey Jr., et. al,**        :
                                       :        Case No: 2:08-cv-0824
        Plaintiffs,                    :
v.                                     :        Judge Graham
                                       :
**Mary Susan Chadick, et. al,**        :        Magistrate Judge King
                                       :
        Defendants.                    :


## ORDER

Defendant Defense Logistics Agency's unopposed motion for an extension of time to file

its Memorandum in Opposition to Plaintiffs' Cross Motion for Summary Judgment and Reply in

Support of its Motion for Summary Judgment (Doc. 39) is GRANTED. Defendants'

Memorandum in Opposition/Reply is due November 13, 2009.


   **It is so ORDERED.**

                                                s/ James L. Graham
                                                JAMES L. GRAHAM
                                                United States District Judge
        **DATE**: October 30, 2009