IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles Hickey Jr., et al.,      :
                                 :    Case No: 2:08-CV-0824
        Plaintiffs,              :
                                 :    Judge Graham
        vs.                      :
                                 :    Magistrate Judge King
Mary Susan Chadick, et al.,      :
                                 :
        Defendants.              :

**ORDER**

The parties are ordered to provide the court with
supplemental briefing on the issue of whether or not the
debarring official's decision to debar the individual plaintiffs
in this case was arbitrary and capricious based on the reasoning
employed in the case of <u>Novicki v. Cook</u>, 946 F.2d 938 (D.C. Cir.
1991) and interpreting cases. Specifically, the court would like
briefing on <u>Novicki's</u> holding that the debarring officer applied
an inappropriate legal standard when it debarred a corporate
officer based solely on his status. <u>Id.</u> at 943. Supplemental
briefing is due 14 days from the date of this order.


It is so ORDERED.


                                 <u>s/ James L. Graham</u>
                                 JAMES L. GRAHAM
                                 United States District Judge


DATE: November 25, 2009